# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Jamaal L. Kea**
    Debtor

Case No.:  09–40707–LWD
Judge:  Lamar W. Davis Jr.

Chapter:  13

### ORDER DISMISSING CASE

The Chapter 13 Trustee, having filed a Motion to Dismiss the captioned case, and debtor(s) having shown no sufficient cause why such relief should not be granted,

IT IS HEREBY ORDERED that said case is dismissed by reason of debtor(s) material default in the performance of the confirmed plan.

All stays are lifted and creditors are at liberty to pursue their legal remedies.



Lamar W. Davis Jr.
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated **April 16, 2013**

*13–07[Rev. 07/05]* **KR**